KAWASHIMA LAW GROUP LLLC

JARED N. KAWASHIMA    6289
CHRISTIN D. WEHRSIG    10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii 96813
Telephone: (808) 524-0030
Facsimile: (808) 369-8396
E-mail: jared@klghawaii.com

Attorneys for Plaintiffs
TRUSTEES OF THE PAMCAH-UA
LOCAL 675 TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAMCAH-UA LOCAL 675 TRUST FUNDS et al, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa, by and through their Administrator, ERINN LIU, <br><br> Plaintiffs, <br> vs. <br><br> ALCO MECHANICAL, INC., a Hawaii corporation; GLENN H. FUCHIGAMI, individually; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, <br><br> Defendants. | CIVIL NO. 15-00060 SOM-KSC <br><br> **STIPULATED JUDGMENT** <br><br><br><br><br><br><br><br> (No trial date has been set.) |

## STIPULATED JUDGMENT

This Stipulated Judgment is entered into by and between Plaintiffs Trustees of the PAMCAH-UA LOCAL 675 Trust Funds ("Plaintiffs"), and Defendants ALCO MECHANICAL, INC., a Hawaii corporation ("Alco Mechanical") and GLENN H. FUCHIGAMI, individually (collectively, "Defendants") by and through their undersigned counsel.  Plaintiffs and Defendants have agreed to resolve this matter through the entry of this Stipulated Judgment.  Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Plaintiffs and against Defendant ALCO MECHANICAL in the amount of EIGHTY-THREE THOUSAND EIGHT HUNDRED FORTY-FOUR AND 11/100 DOLLARS ($83,844.11), which consists of the following:

(1) $44,795.77 in delinquent contributions for the reporting period of April 2013 through September 2013, November 2013, and May 2014 through June 2014;

(2) $13,163.59 in liquidated damages for the reporting period of September 2012 through February 2014 and May 2014 through December 2014;

(3) $25,884.75 as the outstanding balance on the Promissory Note dated November 22, 2012, of which $24,945.70 is unpaid principal and $939.05 is interest at six percent (6%) per annum therefor;

Upon entry of this Stipulated Judgment, post-judgment interest at the statutory rate of ten percent (10%) per annum shall apply.

This Stipulated Judgment is entered pursuant to full and fair negotiations between the parties.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over the parties to enforce this Stipulated Judgment.

This is the final judgment and there are no other claims pending by or against any party.

[Signatures on the following page]

DATED: HONOLULU, HAWAII March 9, 2015.

/s/ Jared N. Kawashima
Attorney for Plaintiffs
TRUSTEES of the PAMCAH-UA
LOCAL 675 TRUST FUNDS


/s/ Glenn Fuchigami
Glenn Fuchigami
President
ALCO MECHANICAL, INC.


/s/ Glenn Fuchigami
Glenn Fuchigami, individually

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii; March 10, 2015.



 /s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE

---

In the United States District Court For The District Of Hawaii; Civil No. 15-00060 SOM-KSC; PAMCAH-UA LOCAL 675 TRUST FUNDS et al, by its Trustees, Reginald V. Castanares, Jr., Valentino B. Ceria, Matthew J. Brady, Kent A. Matsuzaki, Mark K. Suzuki, Samuel T. Fujikawa, et al., vs. Alco Mechanical, Inc., a Hawaii corporation, et al.; *Stipulated Judgment*